
FILED
CLERK, U.S. DISTRICT COURT

JUL 14 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. John Doe #12 (Jason Simms) DEFENDANT(S). | CASE NUMBER 11-MJ-1694 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __July 18__, __2011__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20__.

312 N. Spring St., LA, CA 9002

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __7/14/11__

_____
U.S. District Judge/Magistrate Judge

CR-66 (10/97) ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT Page 1 of 1